UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HORIZON INSTRUCTIONAL SYSTEMS
CHARTER SCHOOL,

        Plaintiff,

  v.

ROBERT MICHAEL AJAY,

        Defendant.
_____/

ROBERT MICHAEL AJAY and
CONNIE AJAY,

        Counterclaimants,

  v.

HORIZON INSTRUCTIONAL SYSTEMS
CHARTER SCHOOL.

        Counterdefendants.
_____/

NO. CIV. S-12-0806 KJM JFM

STATUS (PRETRIAL SCHEDULING) ORDER

An initial scheduling conference was held in this case on August 2, 2012; Marcella Gutierra appeared for plaintiff/counterdefendants; F. Richard Ruderman and Amber Lance appeared for defendant/counterclaimants. Having reviewed the parties' Joint Status Report filed on July 23, 2012, and discussed a schedule for the case with counsel at the hearing, the court makes the following orders:

/////

I. SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

II. ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown. *See* FED. R. CIV. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

III. JURISDICTION/VENUE

Jurisdiction is predicated upon 20 U.S.C. § 1415(i)(3). Jurisdiction and venue are not disputed.

IV. SCHEDULE FOR CROSS MOTIONS

The parties anticipate this matter can be resolved on the pleadings and oral argument relating to the respective motions for summary judgment.

Opening briefs are due **October 10, 2012**; opposition briefs are due **November 1, 2012**; reply briefs are due **November 16, 2012**; and argument is set for **December 14, 2012** before the undersigned. The parties may obtain available hearing dates by calling Casey Schultz, the Courtroom Deputy, at (916) 930-4193.

All purely legal issues are to be resolved by timely pretrial motions. Local Rule 230 governs the calendaring and procedures of civil motions with the following additions:

(a) The opposition and reply must be filed by 4:00 p.m. on the day due; and

(b) When the last day for filing an opposition brief falls on a legal holiday, the opposition brief shall be filed on the last court day immediately preceding the legal holiday.

Failure to comply with Local Rule 230(c), as modified by this order, may be deemed consent to the motion and the court may dispose of the motion summarily. *Brydges v. Lewis*, 18 F.3d 651, 652-53 (9th Cir. 1994).

The court places a page limit of twenty (20) pages on all moving papers, twenty (20) pages on oppositions, and ten (10) pages for replies. All requests for page limit increases must

1 be made through the courtroom deputy clerk at least fourteen (14) days prior to the filing of the
2 motion.

3 V.    SEALING

4    No document will be sealed, nor shall a redacted document be filed, without the prior
5 approval of the court.  All requests to seal or redact shall be governed by Local Rules 141
6 (sealing) and 140 (redaction); protective orders shall not govern the filing of sealed or redacted
7 documents on the public docket.  The court will only consider requests to seal or redact filed by
8 the proponent of sealing or redaction.  If a party plans to make a filing that includes material an
9 opposing party has identified as confidential and potentially subject to sealing, the filing party
10 shall provide the opposing party with sufficient notice in advance of filing to allow for the
11 seeking of an order of sealing or redaction from the court.

12 VI.   SETTLEMENT CONFERENCE

13    By **August 15, 2012**, the parties will jointly notify the court if they are requesting referral
14 to a settlement judge or to the Voluntary Dispute Resolution Program (VDRP).

15    Counsel are instructed to have a principal with full settlement authority present at any
16 Settlement Conference or to be fully authorized to settle the matter on any terms.  At least seven
17 (7) calendar days before the Settlement Conference, counsel for each party shall submit to the
18 chambers of the settlement judge a confidential Settlement Conference Statement.  Such
19 statements are neither to be filed with the Clerk nor served on opposing counsel.  Each party,
20 however, shall serve notice on all other parties that the statement has been submitted.

21 XI.   MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER

22    The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil
23 Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court
24 upon a showing of good cause.  Agreement by the parties pursuant to stipulation alone does not
25 constitute good cause.  Except in extraordinary circumstances, unavailability of witnesses or
26 counsel does not constitute good cause.

27 /////
28 /////

XII.   OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED: August 8, 2012.

_____
UNITED STATES DISTRICT JUDGE