1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10    HORIZON INSTRUCTIONAL SYSTEMS
      CHARTER SCHOOL,
11                                                    NO. CIV. S-12-0806 KJM JFM
              Plaintiff,
12
          v.
13
      ROBERT MICHAEL AJAY,
14
              Defendant.
15    _____/

16    ROBERT MICHAEL AJAY and
      CONNIE AJAY,
17
              Counterclaimants,              STATUS (PRETRIAL SCHEDULING)
18
          v.                                 ORDER
19
      HORIZON INSTRUCTIONAL SYSTEMS
20    CHARTER SCHOOL.

21            Counterdefendants.

22    _____/

23        An initial scheduling conference was held in this case on August 2, 2012; Marcella

24    Gutierra appeared for plaintiff/counterdefendants; F. Richard Ruderman and Amber Lance

25    appeared for defendant/counterclaimants.  Having reviewed the parties' Joint Status Report filed

26    on July 23, 2012, and discussed a schedule for the case with counsel at the hearing, the court

27    makes the following orders:

28    /////

1   I.      SERVICE OF PROCESS

2       All named defendants have been served and no further service is permitted without leave

3   of court, good cause having been shown.

4   II.      ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

5       No further joinder of parties or amendments to pleadings is permitted without leave of

6   court, good cause having been shown.  *See* FED. R. CIV. P. 16(b); *Johnson v. Mammoth*

7   *Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

8   III.     JURISDICTION/VENUE

9       Jurisdiction is predicated upon 20 U.S.C. § 1415(i)(3).  Jurisdiction and venue are not

10  disputed.

11  IV.     SCHEDULE FOR CROSS MOTIONS

12      The parties anticipate this matter can be resolved on the pleadings and oral argument

13  relating to the respective motions for summary judgment.

14      Opening briefs are due **October 10, 2012**; opposition briefs are due **November 1, 2012**;

15  reply briefs are due **November 16, 2012**; and argument is set for **December 14, 2012** before the

16  undersigned.  The parties may obtain available hearing dates by calling Casey Schultz, the

17  Courtroom Deputy, at (916) 930-4193.

18      All purely legal issues are to be resolved by timely pretrial motions.  Local Rule 230

19  governs the calendaring and procedures of civil motions with the following additions:

20          (a)     The opposition and reply must be filed by 4:00 p.m. on the day due; and

21          (b)     When the last day for filing an opposition brief falls on a legal holiday, the

22                  opposition brief shall be filed on the last court day immediately preceding

23                  the legal holiday.

24  Failure to comply with Local Rule 230(c), as modified by this order, may be deemed consent to

25  the motion and the court may dispose of the motion summarily. *Brydges v. Lewis*, 18 F.3d 651,

26  652-53 (9th Cir. 1994).

27      The court places a page limit of twenty (20) pages on all moving papers, twenty (20)

28  pages on oppositions, and ten (10) pages for replies.  All requests for page limit increases must

1  be made through the courtroom deputy clerk at least fourteen (14) days prior to the filing of the

2  motion.

3  V.      SEALING

4           No document will be sealed, nor shall a redacted document be filed, without the prior

5  approval of the court.  All requests to seal or redact shall be governed by Local Rules 141

6  (sealing) and 140 (redaction); protective orders shall not govern the filing of sealed or redacted

7  documents on the public docket.  The court will only consider requests to seal or redact filed by

8  the proponent of sealing or redaction.  If a party plans to make a filing that includes material an

9  opposing party has identified as confidential and potentially subject to sealing, the filing party

10 shall provide the opposing party with sufficient notice in advance of filing to allow for the

11 seeking of an order of sealing or redaction from the court.

12 VI.     SETTLEMENT CONFERENCE

13          By **August 15, 2012**, the parties will jointly notify the court if they are requesting referral

14 to a settlement judge or to the Voluntary Dispute Resolution Program (VDRP).

15          Counsel are instructed to have a principal with full settlement authority present at any

16 Settlement Conference or to be fully authorized to settle the matter on any terms.  At least seven

17 (7) calendar days before the Settlement Conference, counsel for each party shall submit to the

18 chambers of the settlement judge a confidential Settlement Conference Statement.  Such

19 statements are neither to be filed with the Clerk nor served on opposing counsel.  Each party,

20 however, shall serve notice on all other parties that the statement has been submitted.

21 XI.     MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER

22          The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil

23 Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court

24 upon a showing of good cause.  Agreement by the parties pursuant to stipulation alone does not

25 constitute good cause.  Except in extraordinary circumstances, unavailability of witnesses or

26 counsel does not constitute good cause.

27 /////

28 /////

XII.    OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED:  August 8, 2012.

_____
UNITED STATES DISTRICT JUDGE